UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SABAH JABER, individually, and as representative
of a class of similarly situated persons,

Plaintiff,                                    Case No. 2:17-cv-13971-VAR-SDD
                                              Honorable Victoria A. Roberts
v.                                            Magistrate Stephanie Dawkins Davis

GC SERVICES LIMITED PARTNERSHIP,
a Delaware limited partnership,

       Defendant.
_____/

## STIPULATED ORDER TO DISMISS

Upon stipulation of the parties;

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above entitled cause of action is dismissed in its entirety as to all Defendants, with prejudice and without costs or fees to any party.

The undersigned approve and stipulate to entry of the Order:

| | |
|---|---|
| */s/ Rex C. Anderson* | /s/ Marcus R. Sanborn |
| Rex C. Anderson, Esq. (P47068) | Marcus R. Sanborn (P69565) |
| Rex Anderson, P.C. | Blevins Sanborn Jezdimir Zack PLC |
| Attorney for Plaintiff | Attorney for Defendant |
| 9459 Lapeer Rd, Suite 101 | 1842 Michigan Ave. |
| Davison MI 48423 | Detroit, MI 48216 |
| Telephone: (810) 653-3300 | (313) 338-9500 |
| rex@rexandersonpc.net | msanborn@bsjzlaw.com |

*/s/ Nemer N. Hadous*
(248) 663-5155

Nemer N. Hadous (CA: 264431)
Attorney for Plaintiff
24725 W. 12 Mile Rd., Ste. 110
Southfield, MI 48034
nhadous@hadousco.com

*/s/ Michael Jaafar*
Michael Jaafar (P69782)
(313) 801-8809
Attorney for Plaintiff
23400 Michigan Ave, Ste. 110
Dearborn, MI 48124
mike@fairmaxlaw.com